# United States District Court
# For The Western District of North Carolina
# Statesville Division

FILED
STATESVILLE, N.C.

SEP 7 2005

U.S. DISTRICT COURT
W. DIST. OF NC

BOYCE E. McCLAIN,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:05CV49

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 7, 2005, Order.

September 7, 2005

FRANK G. JOHNS, CLERK

BY: *Carolyn B Bouchard*
Carolyn Bouchard, Deputy Clerk